UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA SCOTT                                                                                          PLAINTIFF

V.                              CASE NO. 3:20CV00245-JTR

COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION                                    DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Defendant.

DATED this 22nd day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE